AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

In Re LLS AMERICA, LLC,            Debtor
BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

                              Plaintiff,      **JUDGMENT IN A CIVIL CASE**
            v.

MARC BAUDEZ; et al.,
                                             CASE NUMBER: CV-12-665-RMP
                          Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that on October 25, 2012, the Bankruptcy Court for the Eastern District of Washington entered the Order Confirming Plan under which the Plan was confirmed. In accordance with the Plan, all Electing Investors have entered into and are parties to the Global Investor Settlement contained in the Plan (see Article IV).   In accordance with the settlement, the following Defendants are dismissed with prejudice: Marc Baudez, Bernard Kearney, Ruth Kearney, VB Kearney, JM Kearney, Kazumi Shibuya, John Michael Vergot, and Diana Pozzi.


March 14, 2013                                      SEAN F. McAVOY
*Date*                                                *Clerk*
                                                     s/ Linda Emerson
                                                     *(By) Deputy Clerk*
                                                   Linda Emerson