1
2
3
4
5        UNITED STATES DISTRICT COURT
6        EASTERN DISTRICT OF WASHINGTON

7    In Re:                                NO:  CV-12-665-RMP

8    LLS AMERICA, LLC,
                                           Bankr. Case No. 09-06194-PCW11
9                       Debtor,            (Consolidated Case)

10   BRUCE P. KRIEGMAN, solely in his      Adv. Proc. No. 11-80298-PCW11
     capacity as court-appointed Chapter 11
11   Trustee for LLS America, LLC,         ORDER ADOPTING BANKRUPTCY
                                           COURT'S REPORT AND
12                       Plaintiff,        RECOMMENDATION TO ENTER
                                           DEFAULT JUDGMENT AGAINST
13   v.                                    DEFENDANT ISAAC HERNANDEZ-
                                           ALONSO
14   ISAAC HERNANDEZ-ALONSO, et
     al.,
15
                        Defendants.
16

17       **BEFORE THE COURT** is the Bankruptcy Court's Report and

18   Recommendation for entry of Default Judgment against Defendant Isaac

19   Hernandez-Alonso, BK ECF No. 63 and DC ECF No. 14.  Having reviewed the

20   Report and Recommendation and all relevant filings, and having found that good

     ORDER ADOPTING G BANKRUPTCY COURT'S REPORT AND
     RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST
     DEFENDANT ISAAC HERNANDEZ-ALONSO ~ 1

1   cause exists pursuant to the entry of an Order of Default in the Bankruptcy Court

2   on July 17, 2013, BK ECF No. 58, this Court hereby **ADOPTS** the Bankruptcy

3   Court's Report and Recommendation, ECF No. 14, and shall enter judgment

4   accordingly.

5          **IT IS SO ORDERED**.

6          The District Court Clerk is hereby directed to enter this Order and to provide

7   copies to counsel, Defendant, and Judge Patricia C. Williams.

8          **DATED** this 16th day of September 2013.

9

10                                            _s/ Rosanna Malouf Peterson_
                                            ROSANNA MALOUF PETERSON
11                                            Chief United States District Court Judge

12

13

14

15

16

17

18

19

20

ORDER ADOPTING G BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST
DEFENDANT ISAAC HERNANDEZ-ALONSO ~ 2