1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  In Re: | |
| 8  LLS AMERICA, LLC, | NO:  CV-12-665-RMP |
| 9                              Debtor, | Bankr. Case No. 09-06194-PCW11 (Consolidated Case) |
| 10  BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 | Adv. Proc. No. 11-80298-PCW11 |
| 11  Trustee for LLS America, LLC, | DEFAULT JUDGMENT AGAINST DEFENDANT ISAAC HERNANDEZ- |
| 12                              Plaintiff, | ALONSO |
| 13  v. | |
| 14  ISAAC HERNANDEZ-ALONSO, et al., | |
| 15 | |
| 16                              Defendants. | |

17

JUDGMENT SUMMARY

18

Judgment Creditor:       Bruce P. Kriegman, solely in his capacity as the

19

Liquidating Trustee under the Confirmed Plan of the Debtor

20

DEFAULT JUDGMENT AGAINST DEFENDANT ISAAC HERNANDEZ-
ALONSO ~ 1

Attorneys for
Judgment Creditor:          Witherspoon Kelley

Judgment Debtors:           Isaac Hernandez-Alonso

Principal Amount of
Judgment:                   $11,749.99 CAD
                            $    250.00 US

Interest on Judgment:       Weekly Average of One-Year Constant Maturity
                            (nominal) treasury yield as published by the
                            Federal Reserve System (28 U.S.C. § 1961)

The Court, having previously entered an Order Adopting the Bankruptcy

Court's Report and Recommendation and Order of Default against Defendant Isaac

Hernandez-Alonso, ECF No. 15, and being fully apprised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11

Trustee for LLS America, LLC, shall have a judgment against Defendant Isaac

Hernandez-Alonso, as follows:

1.  Monetary Judgment in the amount of CAD $11,749.99, pursuant to 11

U.S.C. § 550 and RCW 19.40.071;

2.  Transfers in the amount of CAD $11,749.99 made to Defendant within

four years prior to the Petition Filing Date are hereby avoided and Plaintiff may

take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550,

551, and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

DEFAULT JUDGMENT AGAINST DEFENDANT ISAAC HERNANDEZ-
ALONSO ~ 2

3.  All said transfers to Defendant Isaac Hernandez-Alonso are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Isaac Hernandez-Alonso for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551;

4.  A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

5.  Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $11,749.99, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Judgment and provide copies to counsel, Defendant, and Judge Patricia C. Williams.

**DATED** this 16th day of September 2013.


_____ *s/ Rosanna Malouf Peterson* _____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

DEFAULT JUDGMENT AGAINST DEFENDANT ISAAC HERNANDEZ-ALONSO ~ 3