1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7   In Re:

8   LLS AMERICA, LLC,                          NO:  CV-12-665-RMP

9                          Debtor,             Bankr. Case No. 09-06194-PCW11
                                               (Consolidated Case)

10  BRUCE P. KRIEGMAN, solely in his           Adv. Proc. No. 11-80298-PCW11
    capacity as court-appointed Chapter 11
11  Trustee for LLS America, LLC,              ORDER ADOPTING BANKRUPTCY
                                               COURT'S REPORT AND
12                         Plaintiff,          RECOMMENDATION TO DISMISS
                                               DEFENDANT ANN RICHARD
13  v.

14  ANN RICHARDS, et al.,

15                         Defendants.

16

17      **BEFORE THE COURT** is the Bankruptcy Court's Report and

18  Recommendation to dismiss Defendant Ann Richards, BKC ECF No. 42, DC ECF

19  No. 19.  Having reviewed the Report and Recommendation and all relevant filings,

20  and having found that good cause exists pursuant to the entry of an Order of

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANT ANN RICHARDS ~ 1

Dismissal in the Bankruptcy Court on January 31, 2013, and no objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF No. 19**.  Defendant Ann Richards is hereby **dismissed with prejudice** and with each party to bear their own fees and costs.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, **terminate Ann Richards** as a defendant in this matter, and to provide copies to counsel, Defendant, and to Judge Patricia C. Williams.

**DATED** this 18th day of October 2013.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANT ANN RICHARDS ~ 2