1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7

In Re:

8

LLS AMERICA, LLC,

9

Debtor,

10

BRUCE P. KRIEGMAN, solely in his
capacity as court-appointed Chapter 11
11

Trustee for LLS America, LLC,

12

Plaintiff,

13

v.

14

ANN RICHARDS, et al,

15

Defendants.

NO:  CV-12-665-RMP

Bankr. Case No. 09-06194-PCW11

Adv. Proc. No. 11-80298-PCW11

ORDER DISMISSING CASE WITH
PREJUDICE

16

17

**BEFORE THE COURT** is the Notice of Dismissal of Adversary

18

Proceeding filed in the bankruptcy court on October 15, 2013, BK ECF No. 69,

19

and filed in district court on October 18, 2013, DC ECF No. 20.

20

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

Having reviewed the Notice and all relevant filings, the Court finds good cause to dismiss this action.  Accordingly, **IT IS HEREBY ORDERED**:

1.  Plaintiff's complaint is hereby **dismissed with prejudice** and without costs to any party.

2.  All pending motions are denied as moot.

3.  All pending court dates are stricken.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel, Defendants, and to Judge Patricia C. Williams.

**DATED** this 18th day of October 2013.


_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
Chief United States District Court Judge